IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 19 2016

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

SHARON NOWDEN                                              PLAINTIFF

VS

WALMART CORPORATE OFFICE                          4:16 CV92-SWW

DEFENDER

This case assigned to District Judge _Wright_
and to Magistrate Judge _Kay_

My complaint is that Walmart is in violation of the code is in making sure the store is safe.

1. August 5  2015 I was shopping in the frozen food area   while walking down the area I fell.
2. There were not   insufficient lighting it was dim and water was on the floor.
3. Around 12 pm midnight 5 minutes after the fall I went to Baptist hospital for emergency care for my injuries.

RELIEF SOUGHT

I am seeking   compensation for pain and suffering

Payment for medical bill

Sharon Nowden
3112 W12
LR, Ar 72204
(501) 612-2702